AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| John Kiriakou | ) | Case No. 1:12MJ33 |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   John Kiriakou                                                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Disclosure of classified information identifying a covert agent, in violation of 50 U.S.C. § 421(b); Transmission of national defense information, in violation of 18 U.S.C. § 793(d); Making false statements, in violation of 18 U.S.C. §1001(a); as further described in Attachment A.

Date:  January 23, 2012

                                                                /s/
                                                        John F. Anderson
                                                        United States Magistrate Judge

City and state:   Alexandria, Virginia                                        Honorable John F. Anderson
                                                                        *Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 1/23/12 , and the person was arrested on *(date)* 1/23/12 at *(city and state)* Washington DC . | |
| Date: 1/23/12 | |

                                                        *Arresting officer's signature*

                                                        Joseph Capitalo
                                                        *Printed name and title*