TYPE OF HEARING R5
CASE NO# 12-33MJ
MAGISTRATE JUDGE: Anderson
DATE: 1-23-12
TIME: 2:00
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

VS.

John Kiriakou

GOVT. ATTY _____ L. Owings

DEFT'S ATTY. _____ P. Cacheris

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ☒
COURT TO APPOINT COUNSEL ( )

Retained Counsel P. Cacheris

Ph. Waived - US has no objection to bond
amended to llows to be released

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND on PR bond w/ pts supervision
$250,000.00 (unsecured bond)
bond to be signed by brother & wife by 5:00 p.m 1-27-12

NEXT COURT APPEARANCE _____ TIME _____

RECORDER | RECORDER
INDEX# | SPEAKER | INDEX # | SPEAKER

8