AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOHN KIRIAKOU | ) | Case No. 1:12 MJ 33 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: JAN 13, 2012

_John C. Kiriakou_
Defendant's signature

_Plato Cacheris_
Signature of defendant's attorney

PLATO CACHERIS     04603
Printed name and bar number of defendant's attorney

1350 Conn Ave NW DC
Address of defendant's attorney

PCACHERIS @ TROUT CACHERIS .COM
E-mail address of defendant's attorney

202 464 3303
Telephone number of defendant's attorney

202 464 3319
FAX number of defendant's attorney