AO 199A (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

JAN 2 3 2012

_____Eastern_____   District of   _____Virginia_____

United States of America

v.

John Kiriakou
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number:   12-33MJ

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____United States District Court_____

____401 Courthouse Sq., Alexandria, VA____ on ____As directed____ Place

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Two-hundred fifty-thousand dollars _____ dollars ($ 250,000. )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

(Rev. 1/98) Order Setting Conditions of Release                                                 Page 2 of ( 3 )Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) __Wife_____

(Address) _____

(City and State) _____ (Tel.No.)_____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian of Proxy

( X )(7) The defendant shall:

    ( ) (a) maintain or actively seek employment.

    ( ) (b) maintain or commence an educational program.

    (X) (c) abide by the following restriction on his personal associations, place of abode, or travel:
      __Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services__
      __or the Court.__ Prior approval needed from PTS to travel
      out side of Metro area. Not move from residence w/o prior
      approval of PTS or the Court.

    (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: __any witnesses__

    (X) (e) report on a regular basis to the following agency: __Pretrial Services.__

    ( ) (f) comply with the following curfew: _____

    (X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapons.

    ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person.

    ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____

    (X) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: __Two-hundred-fifty thousand dollars__

    ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:_____

    ( ) (l) execute a bail bond with the solvent sureties in the amount of $_____

    ( ) (m) return to custody each (week) day as of _____o'clock after being released each (week) day as of _____o'clock for employment, schooling, or the following limited purpose(s): _____

    (X) (n) surrender any passport or other travel documents to: __Pretrial Services (Surrendered)__

    (X) (o) obtain no passport or travel documents.

    ( ) (p) undergo substance abuse testing and/or treatment as directed at the direction of Pretrial Services.

    ( ) (q) the defendant shall not operate a motor vehicle without a valid license.

    ( ) (r) the defendant is placed on home detention with electronic monitoring as directed.

    (X) (s) bond to be signed by wife and brother. Brother may
      sign bond w/in 5(five days). (five days) To be
      wife must sign bond w/in 5(five days) To be
      signed by both parties by 5:00 P.M. Friday. 1-27-12

WHITE COPY · COURT    YELLOW · DEFENDANT    BLUE · U.S. ATTORNEY    PINK · U.S. MARSHAL    GREEN · PRETRIAL SERVICES

AO 199C (Rev. 4/91) Advice of Penalties . . .

## Advice of Penalties and Sanctions

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

Arlington, VA
City and State                        Telephone

### Directions to United States Marshal

(  ) The defendant is ORDERED released after processing.

(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___1/23/2012___

_____/s/_____
John F. Anderson
United States Magistrate Judge