AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:12-mj-00033-JFA |
| John Kiriakou | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Kiriakou                                                                                          .

Date:    01/24/2012

/s/ John F. Hundley
*Attorney's signature*

John F. Hundley VSB# 36166
*Printed name and bar number*

Trout Cacheris, PLLC
1350 Connecticut Ave., N.W., Suite 300
Washington, D.C. 20036

*Address*

jhundley@troutcacheris.com
*E-mail address*

(202) 464-3300
*Telephone number*

(202) 464-3319
*FAX number*