AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

## UNITED STATES OF AMERICA

### v.

### John Kiriakou

## APPEARANCE BOND

CASE NUMBER: 1:12-MJ-33

Non-surety: I, the undersigned defendant acknowledges that I and my . . .

Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay the United States of America the sum of $250,000.00 (UNSECURED), and there has been deposited in the Registry of the Court the sum of $NONE in cash or (describe other security.)

The conditions of this bond are that the defendant John Kiriakou

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of the bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interests and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 01/23/2012 at 401 Courthouse Square, Alexandria, VA 22314

Defendant: _____  Address: Arlington, VA
              John Kiriakou

Surety: _____  Address: Arlington, VA
              Heather Kiriakou

Surety: _____  Address: Studio City, CA
              Emmanuel Kiriakou

Signed and acknowledged before me on __1/25/12__

Approved: _____
              Judicial Officer

Fernando Galindo
Clerk of Court

BY: _____
              U.S. Deputy Clerk

◊AO 199A (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

_____Eastern_____    District of    _____Virginia_____

United States of America

V.

John Kiriakou

Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number:  12-33MJ

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

directed. The defendant shall appear at (if blank, to be notified) _____United States District Court____

___401 Courthouse Sq., Alexandria, VA___ on _____As directed_____ Place

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ ) (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of Two-hundre fifty-thousand dollars dollars ($250,000.)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

(Rev. 1/98) Order Setting Conditions of Release                                                    Page 2 of 3 Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6) The defendant is placed in the custody of:
   (Name of person or organization) __Wife (Heather Kiriakou)__
   (Address) _____
   (City and State) __Arlington, VA__                                    (Tel.No.) __703-587-9277__
who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                        Signed: _____
                                                       Custodian of Proxy

( X )(7) The defendant shall:
   (  ) (a) maintain or actively seek employment.
   (  ) (b) maintain or commence an educational program.
   (X) (c) abide by the following restriction on his personal associations, place of abode, or travel:
      __Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services__
      __or the Court.__ Prior approval needed from PTS to travel out side of Metro area. Not move from residence w/o prin approval of PTS or the Court.
   (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: __any Witnesses__
   _____
   (X) (e) report on a regular basis to the following agency: __Pretrial Services.__
   (  ) (f) comply with the following curfew: _____

   (X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapons.
   (  ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person.
   (  ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
   (X) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: Two-hundred-fifty thousand dollars
   (  ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____

   (  ) (l) execute a bail bond with the solvent sureties in the amount of $_____
   (  ) (m) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
   (X) (n) surrender any passport or other travel documents to: Pretrial Services (Surrendered)
   (X) (o) obtain no passport or travel documents.
   (  ) (p) undergo substance abuse testing and/or treatment as directed at the direction of Pretrial Services.
   (  ) (q) the defendant shall not operate a motor vehicle without a valid license.
   (  ) (r) the defendant is placed on home detention with electronic monitoring as directed.
   (X) (s) bond to be signed by wife and brother. Brother may sign bond w/in 5(five days). wife must sign bond w/in 5(five days) To be signed by both parties by 5:00 P.M. Friday. 1-27-12

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

## Advice of Penalties and Sanctions

## TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                    Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___1/23/2012___                    _____
                                          Signature of Judicial Officer

                                          _____
                                          Name and Title of Judicial Officer

WHITE COPY - COURT          YELLOW - DEFENDANT          BLUE - U.S. ATTORNEY          PINK - U.S. MARSHAL          GREEN - PRETRIAL SERVICES