IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

FEB – 8 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 1:12MJ33
JOHN KIRIAKOU, )
)
Defendant. )

## ORDER

Upon the motion of The United States, by and through its attorneys, and the defendant, JOHN

KIRIAKOU, by and through his attorney, and finding in accordance with 18 U.S.C. §3161 that the ends

of justice served by granting the extension outweigh the best interests of the public and the defendant

in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended until

April 7, 2012.

Date: February 8, 2012
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge