**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  1:12MJ33** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **MOTION FOR PROTECTIVE ORDER** |
| **JOHN KIRIAKOU,** | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

### GOVERNMENT'S MOTION FOR PROTECTIVE ORDER AND TO ALLOW PROSPECTIVE FILING OF SEALED DOCUMENTS

The United States of America respectfully moves this Court, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. III (2000) ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA § 9); Rules 16(d) and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the court; and to protect the national security; to enter the attached Protective Order regarding the disclosure and dissemination of classified national security information and documents, and in support thereof states as follows:

(a)     Background

Defendant John Kiriakou has been charged by criminal complaint with one count of disclosing information identifying a covert agent to an individual not authorized to receive classified information in violation of 50 U.S.C. § 421(b), two counts of communicating national defense information to a person not entitled to receive it in violation of 18 U.S.C. § 793(d), and one count of willfully concealing and covering up by trick and scheme a material fact in a matter within the jurisdiction of the executive branch of the United States government, in violation of 18 U.S.C. § 1001(a)(1).  During

this case, the defendant and his counsel will be provided access to certain United States government documents and information classified at the "Secret" and "Top Secret" levels, and, in certain instances, the information will be further restricted as "Sensitive Compartmentalized Information" or "SCI." Exec. Order. 13,526, §§1.2,4.3; 3 C.F.R. §13526 (2009). "Top Secret" shall be applied to information, the unauthorized disclosure of which reasonably could be expected to cause exceptionally grave damage to the national security that the original classification authority is able to identify or describe. Exec. Order. 13,526, §§ 1.2(a)(1), 3 C.F.R. § 13526 (2009). "Secret" information is information the unauthorized disclosure of which could be reasonably expected to cause serious damage to the national security. Id. § 1.2(a)(2). Accordingly, it is necessary that there be no disclosure or dissemination of classified documents or information except as provided by order of this court.

The Court is advised that the undersigned counsel for the government hold Top Secret/SCI security clearances and are authorized to have access to the classified information involved in this case. The Court is further advised that the persons listed in paragraph 5 of the proposed Protective Order are Department of Justice Classified Information Security Officers who also hold Top Secret/SCI security clearances and who also are authorized to have access to the classified information in this case.

The Court is further advised that a defense counsel (Plato Catcheris, John Hundley, and Mark MacDougall) have been granted security clearances that authorized them to review information classified up to the Top Secret/SCI level. Finally, the defendant, John Kiriakou, also will be given access to classified information as required by government discovery obligations and in accordance with the terms of the Protective Order, and any other orders pursuant to CIPA. John Kiriakou has a

2

continuing obligation to the government not to disclose to any unauthorized person classified information known to him or in his possession..

(b)     Protective Order for Classified Information to Allow Prospective Filing of Documents Under Seal

Based upon the foregoing, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States asks for a Protective Order to allow the United States to prospectively file documents under seal.  The government respectfully requests the Court to allow the prospective sealing of documents, motions, exhibits and other items which include information relating to classified information.  Sealing is necessary to protect the national security.  The government has considered procedures other than sealing and none will suffice to protect this information from disclosure.  The classified information filed under seal would need to remain sealed until the United States moves to unseal the  materials or the sealed information is declassified.  The United States will move to unseal the sealed materials as soon as sealing is no longer necessary.

Counsel for the defendant have reviewed this Motion and the attached proposed Order and have advised Counsel for the government that they have no objection to this Motion nor to the entry of the proposed Order.

WHEREFORE, the government respectfully moves that the Court issue the attached protective order.

Respectfully submitted,

Patrick J. Fitzgerald
Special Attorney to the Attorney General

By:  _____/s/_____
Lisa L. Owings
Virginia Bar Number: 73976
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299 3981
Email: lisa.owings@usdoj.gov

Iris Lan
Mark Schneider
Special Attorneys to the Attorney General

Ryan P. Fayhee
Trial Attorney
U.S. Department of Justice

Date: _____ day of March, 2012