AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:12-mj-00033-JFA |
| John Kiriakou | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Kiriakou                                                                                                   .

Date:      03/09/2012                                                   /s/ Robert P. Trout
                                                                                    *Attorney's signature*

                                                                         Robert P. Trout   VSB# 13642
                                                                          *Printed name and bar number*

                                                                              Trout Cacheris, PLLC
                                                                 1350 Connecticut Ave., N.W., Suite 300
                                                                          Washington, D.C. 20036

                                                                                    *Address*

                                                                         rtrout@troutcacheris.com
                                                                                *E-mail address*

                                                                              (202) 464-3300
                                                                             *Telephone number*

                                                                              (202) 464-3319
                                                                                *FAX number*