IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-mj-00033-JFA , Case Name United States of America v. John Kiriakou
Party Represented by Applicant: Defendant John Kiriakou

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Mark Joseph MacDougall
Bar Identification Number 398118          State District of Columbia
Firm Name Akin Gump Strauss Hauer & Feld LLP
Firm Phone # 202-887-4000          Direct Dial # 202-887-4510          FAX # 202-887-4288
E-Mail Address mmacdougall@akingump.com
Office **Mailing** Address 1333 New Hampshire Avenue NW, Washington, DC 20036

Name(s) of federal court(s) in which I have been admitted See attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __×__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Mark Joseph MacDougall
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Robert P. Trout          3/9/12
(Signature)                 (Date)
Robert P. Trout
13642
(Typed or Printed Name)     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)               (Date)

**ATTACHMENT TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY
UNDER LOCAL CIVIL RULE 83.1(d) AND LOCAL CRIMINAL RULE 57.4
RE: MARK JOSEPH MACDOUGALL**

**Name(s) of federal court(s) in which I have been admitted:**

United States Supreme Court

United States Court of Appeals for the Fourth Circuit

United States Court of Appeals for the Fifth Circuit

United States Court of Appeals for the Seventh Circuit

United States Court of Appeals for the Ninth Circuit

United States Court of Federal Claims

United States District Court of Massachusetts

United States District Court of Eastern District of Texas

United States District Court of Northern District of Illinois

United States District Court of the District of Columbia