

FILED

MAR 1 4 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:12-mj-00033-JFA , Case Name  United States of America v. John Kiriakou
Party Represented by Applicant: Defendant John Kiriakou

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)  Mark Joseph MacDougall
Bar Identification Number  398118 _____  State  District of Columbia
Firm Name  Akin Gump Strauss Hauer & Feld LLP
Firm Phone #  202-887-4000
E-Mail Address  mmacdougall@akingump.com ___  Direct Dial #  202-887-4510 _____  FAX #  202-887-4288
Office **Mailing** Address  1333 New Hampshire Avenue NW, Washington, DC 20036

Name(s) of federal court(s) in which I have been admitted  See attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Mark Joseph MacDougall
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Robert P. Trout

| (Signature) | 3/9/12 |
| Robert P. Trout | (Date) |
| (Typed or Printed Name) | 13642 |
| | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/                                          JFA

John F. Anderson                             MARCH 14, 2012
(Judge's Signature)                          (Date)
United States Magistrate Judge