JS 45 (01/2008)

**REDACTED**

**Criminal Case Cover Sheet**                                              **U.S. District Court**

**Place of Offense:**          Under Seal:Yes ____ No X____   Judge Assigned: ___LMB___

City _____Arlington____ Superseding Indictment _____Criminal Number: 1:12CR127

County/Parish ___VA___ Same Defendant _____New Defendant _____

Magistrate Judge Case Number 1:12MJ33_____Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes ___No X__FBI # _____

Defendant Name: John Kiriakou_____ Alias Name(s)_____

Address: Arlington, VA _____

Employment: _____

Birth date 1964____SS# _____Sex __Def Race _____Nationality _____Place of Birth _____

Height _____Weight ____ Hair _____ Eyes_____ Scars/Tattoos _____

    Interpreter:__No ___Yes List language and/or dialect: _____Automobile Description _____

**Location Status:**

Arrest Date _____

__Already in Federal Custody as of _____in _____

__Already in State Custody  __On Pretrial Release  ___Not in Custody

__Arrest Warrant Requested  __Fugitive  ___Summons Requested

__Arrest Warrant Pending  __Detention Sought  ___Bond _____

**Defense Counsel Information:**

Name:  Plato Cacheris_____ ____Court Appointed  Counsel conflicted out: _____

Address: _____ X__Retained  _____

Telephone:(703) 519-8840_____ ____Public Defender  Federal Public Defender's Office conflicted out:____

**U.S. Attorney Information:**

AUSA  Lisa Owings_____ Telephone No:  703-299-3741___  Bar #_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 50 U.S.C. 421(b) | Disclosure of classified information identifying a covert agent | ____ | Felony |
| Set 2 | 18 U.S.C. 793(d) | Transmission of national defense information | ____ | Felony |
| Set 3 | 18 U.S.C. 1001(a) | False statement | ____ | Felony |

(May be continued on reverse)

Date: 3/30/2012  Signature of AUSA: _____