AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>John Kiriakou | )<br>)<br>)<br>)    Case No. 1:12CR127<br>)<br>)<br>) |
| _____<br>Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 600 —Judge Brinkoman |
|---|---|
| | Date and Time: 4/13/12 @ 9:00 am |

This offense is briefly described as follows:
disclosure of classified information identifying a covert agent (50 U.S.C. 421(b)), transmission of national defense information (18 U.S.C. 793(d)), and making a false statement (18 U.S.C. 1001(a)).

COPY

Date: 4/5/12

_____
*Issuing officer's signature*

Kathy Roberts— Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____          _____
*Server's signature*

_____
*Printed name and title*