Date: 4/13/12   Judge: Brinkema   Reporter: Thomson

Time: 8:56   To 9:10   Interpreter: _____

Language: _____

UNITED STATES of AMERICA
Vs.

Prob/Pretrial Ofc present: _____
Prob. Email: ____
Jury Email: ____

John Kiriakou
**Defendant's Name**

1:12cr127
**Case Number**

Robert Trout
**Counsel for Defendant**

Lisa Owings, M. Schneider, I. Lan, R. Fayhee
**Counsel for Government**

**Matter called for:**
( ) Motions          ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35
(X) Arraignment      ( ) Appeal from USMC    ( ) Sentencing           ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.   ( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared: (✓) in person      ( ) failed to Appear
                    ( ) with Counsel ( ) without counsel      ( ) through counsel

**Arraignment:**
(✓) WFA  ( ) FA  ( )PG  (✓)PNG  Trial by Jury: (✓) Demanded  ( ) Waived
60 Days to file Motions with Argument on ___7/20/12___ at ___9:00 am___
Case continued to ___11/26/12___ at ___10:00___ for: (✓) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status
                                                      5-8 days

**Plea/Plea & Sentencing:**
Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment (✓) Discovery Order
Defendant entered Plea of Guilty as to Count(s) _____ ( )Criminal Information ( ) Indictment
Court accepts plea ( )Yes ( )No -----Guilty as to Count(s) _____
Motion for Dismissal of Count(s)_____ ( ) by U.S. ( ) by Deft. is GRANTED.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes   ( ) No * ** Defendant directed to cooperate with USPO for PSI ( )
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status
Dft committed to custody of the US Atty General to serve a term of :_____ Months; _____ Years-Supervised Release

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted   ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of :_____ Months; ( ) Supervised Release terminated

Speedy trial waiver f.k.d. in open court
Added conditions: 1) deft must reappear on 7/20/12 F/mtt, 11/26/12 F/trial
& any other scheduled hearings

Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond (X) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued (X) On Bond ( ) Warrant Issued ( ) 1st appearance

4/12