

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES of AMERICA,                )
                                          )
                                          )
                                          )
v.                                        )
                                          ) Criminal No. 1:12cr127
_John Kiriakou_____ ,                   )
                                          )
          Defendant(s)                    )
                                          )

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

          After consultation with my attorney, I am advised that the
trial of a defendant charged in an information or indictment shall
commence within SEVENTY (70) DAYS from the filing date (and making
public) of the information or indictment, or from the date the
defendant has appeared before a judicial officer of the court in
which such charge is pending, whichever date last occurs.

          Understanding this, I hereby consent to trial at such time as
the Court may deem appropriate.

4-13-12
Date                                      Signature of Defendant

                                          Counsel for the Defendant

Seen & Agreed

Government Counsel

                                          _/s/_____ 4/13/12
                                          Leonie M. Brinkema
                                          United States District Judge