AO 83 (R . 06/09) Summons in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

2012 APR 17 A 8: 32

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

2012 APR -6 AM 8: 38
RECEIVED
UNITED STATES MARSHAL

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| John Kiriakou | ) |
| | ) Case No. 1:12CR127 |
| | ) |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 600 —Judge Brinkema |
|---|---|
| | Date and Time: 4/13/12 @ 9:00 am |

This offense is briefly described as follows:
disclosure of classified information identifying a covert agent (50 U.S.C. 421(b)), transmission of national defense information (18 U.S.C. 793(d)), and making a false statement (18 U.S.C. 1001(a)).

Date: 4/5/12

_____
Issuing officer's signature

Kathy Roberts- Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons

☐ ~~Returned this summons unexecuted.~~

Date: 04/11/2012

_____
Server's signature

Josh Devine  Dep U.S. Marshal
Printed name and title

- House is Vacant
- Served to Robert P. Trout
@ 1350 Connecticut Ave NW
Washington D.C. - Attorney