AO 458 (Rev. 10/95)  Appearance

FILED

# UNITED STATES DISTRICT COURT

EASTERN                    DISTRICT OF                    VIRGINIA

2012 MAY 31  A 9: 18

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

United States of America

v.

John C. Kiriakou

**APPEARANCE**

Case Number: 1:12 CR 127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States v. John C. Kiriakou

I certify that I am admitted to practice in this court.

May 1, 2012
Date

Signature

Mark E. Schneider          24464.82
Print Name                 Bar Number

219 S. Dearborn, 5th Floor
Address

Chicago,        IL          60604
City            State       Zip Code

312.353.5356      312.866.0657
Phone Number      Fax Number