AO 458 (Rev. 10/95)  Appearance

FILED

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ VIRGINIA

2012 May 31  A 9: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE

Case Number: 1: 12 CR 127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States v. John C. Kiriakou

I certify that I am admitted to practice in this court.

5-1-2012
_____
Date

_____
Signature

Ryan Fayhee  IL 6281368
_____
Print Name          Bar Number

600 E St. NW
_____
Address

Washington  DC  20004
_____
City          State          Zip Code

202 233-1000
_____
Phone Number          Fax Number