AO 458 (Rev. 10/95)  Appearance

FILED

# UNITED STATES DISTRICT COURT

EASTERN _____  DISTRICT OF _____

2012 MAR 31  A 9: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE

Case Number: 1:12CR127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States V. John C. Kiriakou

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2012 | _Iris Lan_ (Signature) |
| Date | |
| | Iris Lan — Print Name |
| | 4141552 — Bar Number |
| | 37 Wall St. #5Q — Address |
| | New York   NY   10005 |
| | City   State   Zip Code |
| | 212-637-2263 — Phone Number |
| | 212-637-2200 — Fax Number |