**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:12-cr-00127-LMB** |
| | ) | |
| **JOHN KIRIAKOU,** | ) | **Filed in Camera and Under Seal** |
| | ) | **with the Classified Information** |
| Defendant. | ) | **Security Officer** |

**MOTION TO DISMISS COUNTS
1, 2, 3 AND 4 FOR SELECTIVE AND/OR VINDICTIVE
PROSECUTION, OR IN THE ALTERNATIVE, FOR DISCOVERY**