IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:12CR127 (LMB) |
| JOHN KIRIAKOU, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME PERIOD
TO RESPOND TO DEFENSE MOTIONS**

The United States of America, by and through its Attorneys, Patrick J. Fitzgerald, Special

Attorney to the Attorney General, Special Attorneys Iris Lan, Mark E. Schneider, and Ryan Fayhee, and

Assistant U.S. Attorney James L. Trump, hereby moves the Court for additional time in which to

respond to defendant's three motions filed with the Classified Information Security Officer on June 12,

2012.  In support of this motion, the United States represents:

1.      The defendant, through counsel, filed three motions with the Classified Information

Security Officer on June 12, 2012 (*see* docket entries 41, 42, 43).  Two of the motions seek dismissal

of the indictment based on, *inter alia*, vindictive prosecution and vagueness.  A third motion seeks a

bill of particulars.

2.      The defense was granted 60 days from the date of the arraignment in which to prepare

and to file the above motions.

3.      Pursuant to Federal Rule of Criminal Procedure 45(c), the government's responses are

due on Tuesday, June 26, 2012.

4.      The government requests an additional six days, or until July 2, 2012, in which to file its responses.  Given the need to coordinate the delivery of the motions after they were filed with the Classified Information Security Officer, the undersigned attorneys did not receive the motions on the day they were filed.  The government attorneys on this case have also had a number of other pressing matters which have required considerable attention. The government respectfully requests additional time to brief thoroughly the various issues raised in the three motions.

5.      The government is authorized to represent that defense counsel does not oppose this motion.  In light of the government's motion and its own scheduling constraints, the defense indicated that it may seek to file a reply brief not later than July 13; the government has no objection to this request, which would not affect the motions hearing date.

6.      A proposed order is attached.

WHEREFORE, the undersigned request that the time period for responding to the defendant's motions be extended until July 2, 2012.


Respectfully submitted,

Patrick J. Fitzgerald
Iris Lan
Mark E. Schneider
Ryan Fayhee
Special Attorneys to the Attorney General
U.S. Department of Justice

2

James L. Trump
Senior Litigation Counsel
United States Attorney's Office
Eastern District of Virginia


By:       _____/s/_____

James L. Trump
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused an electronic copy of the foregoing *Unopposed Motion to Extend Time Period to Respond to Defense Motions* to be filed with the Court and served via ECF on Robert P. Trout, Plato Cacheris, John F. Hundley, and Jesse I. Winograd, counsel for the defendant.

By: _____/s/_____
James L. Trump
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov