IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

JUN 21 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA      )
                             )
        v.                    )      No. 1:12CR127 (LMB)
                             )
JOHN C. KIRIAKOU,             )
                             )
        Defendant.            )

## ORDER

For the reasons stated in the government's motion, there being no objection from the defendant, it is hereby

ORDERED that the government's motion for additional time to respond to the defendant's motions filed June 12, 2012, is granted. The government shall file its responses to those motions on or before July 2, 2012. Any reply by the defense shall be filed not later than July 13, 2012.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered in Alexandria, Virginia, this 21 day of June, 2012.

/s/

Leonie M. Brinkema
United States District Judge