AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12cr127 |
| JOHN C. KIRIAKOU | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                               .

Date:     07/12/2012

/s/
*Attorney's signature*

W. Neil Hammerstrom, Jr. / Va. Bar #24588
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314

*Address*

neil.hammerstrom@usdoj.gov
*E-mail address*

(703) 299-3755
*Telephone number*

(703) 299-3982
*FAX number*