# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date:    7/20/12        Judge:  Brinkema        Reporter:    A. Thomson
Time:   9:28 am   -   10:00 am                  Interpreter:
                                                Language:

## UNITED STATES OF AMERICA
            v.

 John Kiriakou                                   1:12cr127
Defendant's Name                                Case Number


 Robert Trout, Jesse Winograd              Mark Schneider, Iris Lan, Ryan Fayhee
  **Counsel for Defendant:**                **Counsel for Government**

**Matter called for:**
[  ] Arraignment      [  ] Pre-Indictment Plea   [  ] Change of Plea  [ **X**] Motions
[  ] Sentencing       [  ] Revocation Hearing    [  ] Rule 35          [  ] Appeal (USMC)
[  ] Other

Deft appeared:  [ **X** ] in person   [   ] failed to appear  [ **X** ] with Counsel   [   ] without Counsel   [   ] through Counsel
**Filed in open court:**
[   ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [   ] Waiver of Indictment   [  ] Discovery Order

**Arraignment & Plea:**
[  ] WFA     [  ] FA     [  ] PG    [  ] PNG   **Trial by Jury:**  [  ] Demanded     [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by  [   ] US  [   ] Deft
[  ] Order entered in open court          [   ] Order to follow
[  ] Deft directed to USPO for PSI--- [  ] Deft directed to cooperate with USPO for PSI
[  ] Case continued to: _____ at _____ for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted  [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [  ] Admits   [   ] Denies violations of the conditions of probation/supervised release
Court:  [  ] finds  [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Deft motion for bill of particulars – denied without prejudice
 Deft motion to dismiss – denied
 Deft motion to dismiss – taken under advisement

**Bond Set at**: $ _____ [  ] Unsecured  [   ] Surety  [   ] Personal Recognizance
[  ] Release Order Entered   [  ] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond

**Deft is:** [  ] In Custody  [  ] Summons Issued   [  ] On Bond   [  ] Warrant Issued   [   ] 1st appearance