IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12cr127 (LMB) |
| | ) | |
| JOHN KIRIAKOU | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, defendant's Motion for a Bill of Particulars is DENIED WITHOUT PREJUDICE, defendant's Motion to Dismiss Counts 1, 2, 3 and 4 for Selective and/or Vindictive Prosecution, or in the Alternative, for Discovery is DENIED, and defendant's Motion to Dismiss Counts 1, 2, 3 and 4 of the Indictment for Vagueness and Overbreadth is TAKEN UNDER ADVISEMENT, and it is hereby

ORDERED that the parties submit a joint proposed CIPA schedule no later than Friday, August 3, 2012.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20th day of July, 2012.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge