IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12cr127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SET CIPA SCHEDULE

The United States of America, by its undersigned counsel, and Defendant John Kiriakou,

through his attorneys, respectfully move the Court to adopt the schedule described below for

anticipated filings under Sections 5 and 6 of the Classified Information Procedures Act (CIPA),

and state the following in support thereof:

1. On July 20, 2012, the Court ordered the parties to confer and propose an agreed

schedule for filings under the Classified Information Procedures Act.

2. The parties have conferred and respectfully submit the schedule described below

for the Court's consideration:

| | |
|---|---|
| September 12, 2012 | Initial CIPA § 5(a) Notice |
| September 26, 2012 | Government Response (incorporating § 6(a) motion) |
| October 3, 2012 | Defense Reply to Above |
| October 10, 2012 | CIPA § 5 / § 6(a) Hearing |
| October 24, 2012 | Government's CIPA § 6(c) Motion |
| October 31, 2012 | CIPA § 6(c) Hearing |

WHEREFORE, the parties respectfully suggest that the Court set the schedule described above.

Respectfully submitted,

Neil H. MacBride
United States Attorney

Mark E. Schneider / Iris Lan / Ryan Fayhee
Special Attorneys to the Attorney General

W. Neil Hammerstrom, Jr.
Assistant United States Attorney


By:      _____/s/_____
Mark E. Schneider
Illinois Bar No.  6302211
Attorney for the United States of America
United States Attorney's Office
219 S. Dearborn
Chicago, IL 60605
Phone: 312-353-5356
Fax: 312-886-0657
Email Address: mark.schneider@usdoj.gov

2

Respectfully submitted,


/s/ Plato Cacheris

_____

Plato Cacheris
(Va. Bar No. 04603)
pcacheris@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319


/s/ John F. Hundley

_____

John Francis Hundley
(Va. Bar No. 36166)
jhundley@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319


/s/ Robert P. Trout

_____

Robert P. Trout
(Va. Bar No. 13642)
rtrout@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319


/s/ Jesse I. Winograd

_____

Jesse I. Winograd
(Va. Bar No. 79778)
jwinograd@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319


/s/ Mark J. MacDougall

_____

Mark J. MacDougall
(Admitted *Pro Hac Vice*)
mmacdougall@akingump.com
Attorney for John Kiriakou
AKIN GUMP STRAUSS
   HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4510
Fax:  (202) 887-4288

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2012, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification

of such filing (NEF) to the following:

Robert P. Trout
Plato Cacheris
John F. Hundley
Jesse I. Winograd
Mark J. MacDougall
Counsel for the Defendant

_____/s/_____
W. Neil Hammerstrom, Jr.
Virginia Bar No. 24588
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  703-299-3755
Fax:  703-299-3982
Email:  Neil.Hammerstrom@usdoj.gov

4