IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
AUG - 8 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) 1:12cr127(LMB)
)
JOHN C. KIRIAKOU, )
)
    Defendant. )

## ORDER

The Court finds good cause established by the parties in their Joint Motion to Set CIPA Schedule, which is GRANTED, and it is hereby

ORDERED that the following schedule is approved:

| | |
|---|---|
| September 12, 2012 | Initial CIPA § 5(a) Notice |
| September 26, 2012 | Government Response (incorporating § 6(a) motion) |
| October 3, 2012 | Defense Reply to Above |
| October 10, 2012 | CIPA § 5/§ 6(a) Hearing |
| October 24, 2012 | Government's CIPA § 6(c) Motion |
| October 31, 2012 | CIPA § 6(c) Hearing |

The Clerk is directed to forward copies of this Order to counsel of record and Court Security Officer Christine Gunning.

Entered this 8th day of August, 2012.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

c/s cso