IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:12cr127 (LMB) |
| ) | |
| JOHN KIRIAKOU ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion to Dismiss Counts 1, 2, 3 and 4 of the Indictment for Vagueness and Overbreadth [Dkt. No. 41] be and is DENIED.

The Clerk is directed to forward this Order and the Memorandum Opinion to counsel of record.

Entered this 8th day of August, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge