IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12CR127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | **Ex Parte and Under Seal** |
| Defendant. | ) | |
| | ) | |

**(U) MOTION FOR A PROTECTIVE ORDER
PURSUANT TO RULE 16 AND SECTION 4 OF CIPA**

Respectfully submitted,

NEIL MACBRIDE
United States Attorney

Mark E. Schneider / Iris Lan / Ryan P. Fayhee
Special Attorneys

By:           /s/
W. Neil Hammerstrom, Jr.
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA  22314
Tel:  703-299-3755
Fax:  703-299-3982
Email:  neil.hammerstrom@usdoj.gov