IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-cr-00127-LMB |
| | ) | |
| JOHN KIRIAKOU, | ) | Filed In Camera and Under Seal |
| | ) | with the Classified Information |
| Defendant. | ) | Security Officer |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND MEMORANDUM IN SUPPORT OF MOTION**