IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12CR127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | **Filed Ex Parte and Under Seal** |
| Defendant. | ) | |

**(U) SUPPLEMENTAL EXHIBITS TO MOTION FOR A PROTECTIVE ORDER
PURSUANT TO RULE 16 AND SECTION 4 OF CIPA**