IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
UNITED STATES OF AMERICA          )
                                  )
     v.                           )      1:12cr127 (LMB)
                                  )
JOHN KIRIAKOU,                    )
                                  )
          Defendant.              )
```

F I L E D

SEP 18 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORDER

On September 14, 2012, the defendant filed with the Classified Information Security Officer a Motion to Compel Production of Documents [Dkt. No. 66] and noticed it for hearing at 9:00 a.m. on Friday, September 28, 2012 [Dkt. No. 67]. Because oral argument may require discussion of classified information, it is hereby

ORDERED that the hearing will be held under seal on Friday, September 28, 2012, at 11:30 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 18th day of September, 2012.

Alexandria, Virginia

/s/ _____

Leonie M. Brinkema
United States District Judge