RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2012 SEP 20  A II: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12CR127 |
| | ) | |
| JOHN C. KIRIAKOU | ) | |
| | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below

for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00

o'clock a.m., on the 26th day of November, 2012, then and there to testify on behalf of the United

States:

24 subpoenas (12 Sets).

This day 20th of September, 2012.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
W. Neil Hammerstrom, Jr.
Assistant United States Attorney

Subpoena issued: _____, 2012.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John C. Kiriakou | ) | Case No. 1:12CR127 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 600 |
|---|---|
| | Date and Time: November 26, 2012; 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____9/20/12_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America**
_____ , who requests this subpoena, are:

AUSA W. Neil Hammerstrom, Jr.
Justin W. Williams Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700