IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 21 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )
                                  )      1:12cr127 (LMB)
                                  )
JOHN KIRIAKOU,                    )
                                  )
          Defendant.              )

## REVISED PROTECTIVE ORDER PURSUANT TO CIPA 4

This matter comes before the Court upon the government's Motion for a Protective Order Pursuant to Rule 16 and Section 4 of CIPA [Dkt. No. 64] to withhold certain documents in their entirety and to provide a substituted summary, and to delete specified items of classified information from documents that would otherwise be subject to discovery, so as to prevent the unauthorized disclosure or dissemination of classified national security information. Pursuant to the authority granted under Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA"), the Security Procedures Established Pursuant to CIPA by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA section 9), Rules 16(d) and 57 of the Federal Rules of Criminal Procedure, and the general supervisory authority of the Court, the Court finds that:

For the reasons stated in the government's motion, as supported by the declarations of the Central Intelligence Agency ("CIA") and the Department of Defense ("DOD"), the Court finds that, with the exception of Attachment B, the government has made a sufficient showing that the withholding of certain documents and the substitution of certain information, and the deletion of specified items of classified information from documents to be made available to the defendant and defense counsel through discovery, is in the interest of the national security.

The Court further finds that the government has established that the disclosure of the deleted classified information would seriously damage the national security.  The Court also finds that the deleted classified information does not at this time appear to be a matter for discovery under Rule 16 of the Federal Rules of Criminal Procedure or other authorities, including Brady v. Maryland, 373 U.S. 83 (1963).

Accordingly, it is hereby

ORDERED that the United States may delete from discovery the information set forth in its motion, as indicated in grayscale in Attachments A, C, D, and G through M, and may provide Attachment F as a substituted summary of Attachment E.

As to Attachment B, it is hereby

ORDERED that the government explain why it has chosen to redact the particular paragraphs indicated in grayscale.

Finally, it is hereby

ORDERED that the motion of the United States, the CIA and DOD declarations in support of the motion, and the sample documents reviewed by the Court shall be sealed and preserved in the records of the Court at the courthouse until further Order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 21ST day of September, 2012.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

3