IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA    )
    )
    )
    )
    v.    )
    )
    )    1:12cr127 (LMB)
    )
JOHN KIRIAKOU,    )
    )
    Defendant.    )

## ORDER

On September 14, 2012, the defense filed a Motion to Compel Production of Documents [Dkt. No. 66] under seal with the Classified Information Security Officer.  The government indicates that it will file its response to that motion by close of business on September 26, 2012.  To allow defense counsel sufficient time to file a reply brief, it is hereby

ORDERED that the sealed hearing currently scheduled for Friday, September 28, 2012, at 11:30 a.m., will instead be held under seal on Monday, October 1, 2012, at 10:30 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 26th day of September, 2012.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge