IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL No. 1:12CR127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | **EX PARTE** |
| Defendant. | ) | |

**(U) GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING CIPA SECTION 4 FILING**

Respectfully submitted,

Neil H. MacBride
United States Attorney
Mark E. Schneider/Iris Lan/Ryan Fayee
Special Attorneys to the Attorney General

By: _____/s/_____
W. Neil Hammerstrom
Assistant United States Attorney