## UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: ___10/01/12___   Judge: __Brinkema___   Reporter: ___A. Thomson___
Time: ___10:27am___ - __11:27am__   Interpreter: _____
Language: _____
Probation Email: _____
Jury Email: _____

# UNITED STATES OF AMERICA
         v.

__JOHN KIRIAKOU__         ___1:12CR127___
Defendant's Name         Case Number

___R. Trout, J. Winograd___         ___W.Hammerstrom, M. Schneider, R. Fayhee,___
**Counsel for Defendant:**         **Counsel for Government**

**Matter called for:**
[  ] Arraignment    [  ] Pre-Indictment Plea    [  ] Change of Plea   [**X**] Motions
[  ] Sentencing    [  ] Revocation Hearing    [  ] Rule 35         [  ] Appeal (USMC)
[**X**] Other ___CIPA___

Deft appeared:  [**X**] in person   [   ] failed to appear   [**X**] with Counsel   [   ] without Counsel   [   ] through Counsel
**Filed in open court:**
[   ] Information   [   ] Plea Agreement   [   ] Statement of Facts   [   ] Waiver of Indictment   [   ] Discovery Order

**Arraignment & Plea:**
[  ] WFA    [  ] FA    [  ] PG    [  ] PNG   **Trial by Jury:** [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by  [   ] US   [   ] Deft
[  ] Order entered in open court           [   ] Order to follow
[  ] Deft directed to USPO for PSI--- [   ] Deft directed to cooperate with USPO for PSI
[  ] Case continued to: _____at _____ for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [   ] Granted   [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [   ] Admits   [   ] Denies violations of the conditions of probation/supervised release
Court:  [   ] finds  [   ] does not find the defendant in violation of the conditions
[   ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 #66 deft motion to compel- argued and Granted in part and Denied in part _____
_____
_____

**Bond Set at**: $ _____ [   ] Unsecured  [   ] Surety  [   ] Personal Recognizance
[  ] Release Order Entered   [   ] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond

**Deft is:** [   ] In Custody   [   ] Summons Issued   [  ] On Bond   [  ] Warrant Issued   [  ] 1st appearance