IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA        )
                                )
        v.                      )        1:12cr127 (LMB)
                                )
JOHN KIRIAKOU,                  )
                                )
        Defendant.              )

ORDER

For the reasons stated from the bench during a sealed hearing on the record, it is hereby

ORDERED that the defendant's Motion to Compel Production of Documents [Dkt. No. 66] be and is GRANTED IN PART and DENIED IN PART. Any additional or renewed Motions to Compel will be heard during the sealed CIPA § 5/§ 6(a) hearing scheduled for 10:00 a.m. on Wednesday, October 10, 2012; and it is further

ORDERED that the defendant's Motion for Rule 15 Depositions [Dkt. No. 76] be and is GRANTED subject to the following conditions:

- The depositions will be taken before this Court at 9:30 a.m. on Wednesday, October 24, 2012, in a sealed proceeding held on the record with the Classified Information Security Officer present; and

- If any motions to quash are filed, oral argument on those motions will be held at 1:00 p.m. on Thursday, October 18, 2012.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this __1ˢᵗ__ day of October, 2012.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge