AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
## for the

Eastern District of Virginia

& issued (TC)

2012 OCT -2 A 8: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
| v. | ) | |
| John Kiriakou | ) | Case No.  1:12CR127-LMB |
|  | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: | 600 |
| | | Date and Time: | 10/24/2012 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Defendant John Kiriakou
, who requests this subpoena, are:

Mark J. MacDougall
Akin Gump Strauss Hauer & Feld LLP; 1333 New Hampshire Avenue NW, Washington, DC 20036
mmacdougall@akingump.com; (202) 887-4000

Robert P. Trout
Trout Cacheris, PLLC; 1350 Connecticut Avenue NW, Washington, DC 20036
rtrout@troutcacheris.com; (202) 464-3300



# Akin Gump
## Strauss Hauer & Feld LLP

**ADRIA M. HICKS**
202.416.5390/fax: 1.202.887.4288
ahicks@akingump.com

October 2, 2012

VIA MESSENGER

Clerk of Court
Criminal Division
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *United States of America v. John Kiriakou*, Case No. 1:12CR127-LMB

Dear Sir or Madam:

Enclosed for the clerk's signature and seal, please find three (3) subpoenas in blank for depositions that have been ordered by the Honorable Judge Brinkema in the above-referenced matter. A copy of Judge Brinkema's Order is enclosed for your reference, as well as an extra copy of the subpoenas in blank.

Please return the three (3) subpoenas to me via the awaiting messenger. If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

Adria M. Hicks
Paralegal

cc:    Robert P. Trout, Esq.
       Mark J. MacDougall, Esq.