UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA     .     Criminal No. 1:12cr127
                            .
    vs.                  .     Alexandria, Virginia
                            .     October 1, 2012
JOHN KIRIAKOU,            .     10:30 a.m.
                            .
           Defendant.     .
                            .

. . . . . . . . . . .

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:            W. NEIL HAMMERSTROM, AUSA
                              MARK SCHNEIDER, AUSA
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, VA 22314
                                and
                              RYAN P. FAYHEE
                              Trial Attorney
                              U.S. Department of Justice
                              National Security Division
                              Counterespionage Section
                              600 E Street, N.W.
                              Washington, D.C. 20004

FOR THE DEFENDANT:             ROBERT P. TROUT, ESQ.
                              JESSE I. WINOGRAD, ESQ.
                              Trout Cacheris, PLLC
                              1350 Connecticut Avenue, N.W.
                              Suite 300
                              Washington, D.C. 20036

(Pages 1 - 44)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES