IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12cr127-LMB |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | **Under Seal and Ex Parte** |
| Defendant. | ) | |

**(U) SUPPLEMENTAL MEMORANDUM REGARDING MOTION TO COMPEL**