**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12cr127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF FILING OF CERTIFICATION PURSUANT TO**
**SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through the undersigned, respectfully files the attached certification of the Assistant Attorney General of the National Security Division of the United States Department of Justice, pursuant to Sections 6(a) and (c) of the Classified Information Procedures Act, 18 U.S.C. App. 3, requesting that the Section 6 hearings, currently scheduled for October 10, 2012, and October 31, 2012, be held in camera and that the transcript of the in camera hearing be sealed.   The Assistant Attorney General has certified that a public hearing in this matter may result in the disclosure of classified information.

                                        Respectfully submitted,

                                        Neil H. McBride
                                        United States Attorney

                                        Mark E. Schneider/ Iris Lan/ Ryan Fayhee
                                        Special Attorneys to the Attorney General

                        By:        _____/s/_____
                                        W. Neil Hammerstrom, Jr.
                                        Assistant United States Attorney
                                        Attorney for the United States of America
                                        United States Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Telephone:   703-299-3755
                                        Fax:   703-299-3982
                                        Email:   Neil.Hammerstrom@usdoj.gov

Date:    October 9, 2012