**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

UNITED STATES OF AMERICA,             )
                                       )      No. 1:12cr127-LMB
          v.                           )
                                       )      Hon. Leonie M. Brinkema
JOHN C. KIRIAKOU,                      )
                                       )
          Defendant.                   )
                                       )

DISTRICT OF COLUMBIA:

Lisa O. Monaco, being duly sworn, deposes and says:

1.      I am the Assistant Attorney General in charge of the National Security Division of the United States Department of Justice.

2.      The Attorney General, pursuant to Section 14 of the Classified Information Procedures Act, 18 U.S.C. App. III (hereinafter CIPA or "the Act"), has designated the Assistant Attorney General, National Security Division, to exercise or perform the functions and duties conferred upon the Attorney General and the Deputy Attorney General by the Act.

3.      I submit this certification pursuant to Section 6 of CIPA, which authorizes me, as the Assistant Attorney General, to request that a hearing be held in camera and that the transcript of the in camera hearing be sealed.

4.      The matters stated herein are based upon my knowledge, upon review and consideration of documents and information available to me in my official capacity as Assistant

Attorney General, and discussions that I have had with other officials of the Department of Justice.

5. The Government has requested a hearing in this case pursuant to CIPA Sections 6(a) and 6(c) so that the Court can conduct a hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during trial or a pretrial hearing.

6. CIPA Section 6 provides that this hearing shall be held in camera at the request of the Attorney General or his designee if the Attorney General or his designee certifies that a public proceeding may result in the disclosure of classified information.

7. As the Attorney General's designee, I certify that a public hearing on this matter may result in the disclosure of classified information which is the subject of the Government's motion.

8. Therefore, I respectfully request that this hearing be held in camera, pursuant to Sections 6(a) and 6(c) of CIPA and that the transcript of the in camera hearing be sealed.


_____
Lisa O. Monaco
Assistant Attorney General

Subscribed to and Sworn to before me this __4__ day of October, 2012.


_____
Notary Public in and for the District of Columbia

Commission Expires _Aug. 14, 2013_

-2-

