**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )    **Criminal No. 1:12-cr-00127-LMB** |
| | ) |
| **JOHN KIRIAKOU,** | ) |
| | ) |
| **Defendant.** | ) |

**PROPOSED ORDER**

Upon the joint motion of the parties to continue the CIPA hearing,

IT IS HERBY ORDERED this _____ day of October 2012 that the motion is GRANTED

and the hearing originally scheduled for October 10, 2012 is continued until October 15, 2012 at

10:00 am.

_____

Leonie M. Brinkema
United States District Judge