IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

OCT 1 0 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:12-cr-00127-LMB |
| | ) |
| JOHN KIRIAKOU, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the joint motion of the parties to continue the CIPA hearing,

IT IS HERBY ORDERED this _10ᵗʰ_ day of October 2012 that the motion is GRANTED and the hearing originally scheduled for October 10, 2012 is continued until Wednesday October 17, 2012 at 2:00 pm. ~~10:00 am.~~

/s/

Leonie M. Brinkema
**United States District Judge**