**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**UNITED STATES OF AMERICA**

**vs.**

**JOHN C. KIRIAKOU,**

          **Defendant.**

**Case No. 1:12cr127**
**(Hon. Leonie M. Brinkema)**

## ORDER

Upon consideration of Non-Party Journalist "A"'s Motion to Quash Defendant's

Subpoena, other relevant filings and oral arguments, and it appearing that the relief

prayed is just and appropriate, it is this _____ day of October 2012,

    ORDERED, that Non-Party Journalist "A"'s Motion is granted; and

    FURTHER ORDERED, the defendant's subpoena is quashed.

_____
UNITED STATED DISTRICT JUDGE