IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

vs.

JOHN C. KIRIAKOU,

Defendant.

Case No. 1:12cr127
(Hon. Leonie M. Brinkema)

## DECLARATION OF JOURNALIST "A"

I, Journalist "A", pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of my Motion to Quash Defendant's Subpoena.

2. My true identity is known to this Court and Defendant John Kiriakou and is disclosed in Reference No. 71 of the Defendant's CIPA Section 5 Notice.

3. I have been an active journalist for more than 10 years and that is my current profession. I can provide further details concerning my background upon request by the Court but suffice to say that at all times relevant to this matter I was acting as a journalist.

4. It is obvious from the limited information I am aware of as to why I have been subpoenaed that if I am required to testify I would have to reveal the identities of numerous confidential sources or, alternatively, information that would tend to reveal the identities of numerous confidential sources.

5. To be forced to reveal such information would not only hinder the free flow of information to the public but would also hamper my ability to obtain information in the

future from confidential sources. Maintaining trust, particularly with respect to protecting source identities, is at the heart of a journalist's work ethic.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   October 10, 2012

Journalist "A"