**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>     **vs.**<br><br>**JOHN C. KIRIAKOU,**<br><br>     **Defendant.** | **Case No. 1:12cr127**<br>**(Hon. Leonie M. Brinkema)** |

**NON-PARTY JOURNALIST "A"'S
NOTICE OF HEARING ON MOTION TO QUASH DEFENDANT'S SUBPOENA**

Journalist "A" hereby files this notice of hearing on its motion to quash and gives

notice that he will respectfully move before the Honorable Leonie M. Brinkema in the

United States District Court for the Eastern District of Virginia on October 18, 2012 at

1:00 p.m. as part of the hearing that has been previously set by the Court for

consideration of the Defendants' Motion for Rule 15 Deposition in the above matter, or at

a time and place to be set by the Court, for an order quashing the subpoena directed to

him.

Date:   October 11, 2012


/s/  George R. A. Doumar
George R. A. Doumar, Esq.
(Va. Bar #26490)
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Tel:  (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com
Attorneys for Journalist "A"

/s/  Mark S. Zaid
Mark S. Zaid, Esq.
*Pro Hac Vice Pending*
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Tel: (202) 454-2809
Fax: (202) 330-5610
Mark@MarkZaid.com
Attorneys for Journalist "A"

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2012, I served the foregoing filing on the

following via e-mail via the ECF system:

Lisa L. Owings
Lisa.owings@usdoj.gov
Assistant United States
Attorney
Office of the  United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Iris Lan
Iris.lan@usdoj.gov
Assistant United States Attorney
Office of the  United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Mark E, Schneider
Mark.schneider@usdoj.gov
Assistant United States Attorney
Office of the  United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Ryan P. Fayhee
ryan.fayhee@usdoj.go
v U.S. Department of
Justice
Trial Attorney
Counterespionge
Section
600 E Street, N.W.
Washington, D.C. 20004

Kevin T. Baine
kbaine@wc.com
William L. Doffermyre
wdoffermyre@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Robert Trout
rttout@troutcacheris.com
Plato Cacheris
pcachcris@troutcacheris.com
John Hundley
jhundley@troutcachcris.com
Jesse Winograd
 jwinograd@troutcacheris.com
TROUTCACHERlS, PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036

Mark J. MacDougall
mmacdougall@akingum.com
AKIN GUMP STRAUSS HAUER  & FELD, LLP
1333 New Hampshire Avenue, N.W.


/s/  George R. A. Doumar
George R. A. Doumar, Esq.
(Va. Bar #26490)
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Tel:  (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com
Attorneys for Journalist  "A"