AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED

2012 OCT 11  P 4: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>John C. Kiriakou<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.    1:12-cr-00127-LMB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julie Tate                                                                                           .

Date:    10/11/2012

/s/ William Doffermyre
*Attorney's signature*

William Lassiter Doffermyre - 73968
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth St. NW
Washington DC 20005

*Address*

wdoffermyre@wc.com
*E-mail address*

202-434-5000
*Telephone number*

202-434-5018
*FAX number*