IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:12cr127-LMB |
| ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Julie Tate's Motion to Quash Defendant's Subpoena, other relevant filings and oral arguments, and it appearing that the relief prayed is just and appropriate, it is this _____ day of October 2012,

ORDERED, that Ms. Tate's Motion is granted; and

FURTHER ORDERED, the defendant's subpoena is quashed.

_____
UNITED STATES DISTRICT JUDGE