IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) ) ) | No. 1:12cr127-LMB (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF JULIE TATE

I, Julie Tate, declare under penalty of perjury as follows:

1.      I am a staff researcher and staff writer at *The Washington Post*.  I submit this declaration in support of a motion to quash a subpoena directed at me in connection with the criminal trial of John Kiriakou.  The exhibits attached to this declaration are true and accurate copies of the documents cited herein.

2.      I have worked as a staff researcher at the *Post* since 2002.  I am currently a senior staff researcher, as well as a part time staff writer, specializing in national security, intelligence and defense issues.  In 2008, my colleagues and I were investigating the CIA's counterterrorism program now known as the Rendition,

Detention and Interrogation Program" (the "RDI Program"). Attached as Exhibit 1 is a true and correct copy of a series of articles that the *Post* published between the summer of 2008 and 2009 relating to the RDI program. I worked on each of those articles. One contains my byline. Recognition for my contribution to the others is found in a footer to the article, which states: *"Staff researcher Julie Tate contributed to this report."*

3. Part of my job as a researcher is to identify and develop sources for a story. Sources on national security and intelligence issues are often current and former government officials who will speak about sensitive topics only on the condition of anonymity. The 2008 and 2009 articles on the RDI program are based to a large extent on information provided by confidential sources.

4. I understand that defense counsel has subpoenaed me to testify about the methods I may have used to obtain the identity of CIA officers during 2008 while I was researching the RDI program. In order to provide such testimony, I would have to reveal the identities of confidential sources or information that would tend to reveal the identities of confidential sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of October 2012 in Washington, D.C.

_____
Julie Tate