**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN C. KIRIAKOU,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:12cr127-LMB<br>)  (Hon. Leonie M. Brinkema)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION OF JULIE TATE TO QUASH SUBPOENA

Julie Tate, through undersigned counsel, hereby gives notice that she will respectfully move this Court before the Honorable Leonie M. Brinkema, in the United States District Court for the Eastern District of Virginia on October 18, 2012 at 1:00 p.m. as part of the hearing that has been previously set by the Court for consideration of this motion, or at a time and place to be set by the Court, for an order quashing the subpoena directed to her.

As set forth at greater length in the supporting memorandum and declaration of Ms. Tate, the subpoena should be quashed because the testimony that defendant seeks is protected by the reporter's privilege arising under the First Amendment of the United States Constitution and under federal common law, and defendant has failed to meet his burden to overcome that privilege.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:      ___/s/_____
         Kevin T. Baine * (kbaine@wc.com)
         Kevin Hardy*  (khardy@wc.com)
         William L. Doffermyre  (wdoffermyre@wc.com)
         Virginia Bar No.:  73968
         725 Twelfth Street, N.W.
         Washington, DC  20005
         (202) 434-5000 (telephone)
         (202) 434-5029 (facsimile)

         * Motion to appear *Pro Hac Vice* Pending

         Attorneys for Julie Tate

Dated:  October 11, 2012

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2012, I served the foregoing filing on the following via e-mail via the ECF system:

Lisa L. Owings
Lisa.owings@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Iris Lan
Iris.lan@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Mark E, Schneider
Mark.schneider@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Ryan P. Fayhee
ryan.fayhee@usdoj.gov
U.S. Department of Justice
Trial Attorney
Counterespionage Section
600 E Street, N.W.
Washington, D.C. 20004

Robert Trout
rttout@troutcacheris.com
Plato Cacheris
pcachcris@troutcacheris.com
John Hundley
jhundley@troutcachcris.com
Jesse Winograd
jwinograd@troutcacheris.com
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036

Mark J. MacDougall
mmacdougall@akingum.com
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.

George R. A. Doumar, Esq.
gdoumar@doumarmartin.com
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201



_____/s/_____
William L. Doffermyre
(Va. Bar #73968)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel:  (202) 434-5000
Fax: (202) 434-5029