## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-cr-127_____, Case Name United States v. Kiriakou_____

Party Represented by Applicant: Julie Tate_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Kevin Hardy_____

Bar Identification Number 473941_____ State District of Columbia_____

Firm Name Williams & Connolly LLP_____

Firm Phone # 202-434-5000_____ Direct Dial # 202-434-5257_____ FAX # 202-434-5029_____

E-Mail Address khardy@wc.com_____

Office Mailing Address 725 Twelfth St. NW  Washington DC 20005_____

Name(s) of federal court(s) in which I have been admitted See attached sheet._____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                    October 11, 2012

William L. Doffermyre                                          (Date)

(Typed or Printed Name)                                        73968

                                                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

10/15/12
(Date)

## KEVIN HARDY

## LIST OF BAR MEMBERSHIPS

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| U.S. Supreme Court | N/A | 2/22/2005 | Active |
| U.S. Court of Appeals for the D.C. Circuit | N/A | 1/2/2002 | Active |
| U.S. Court of Appeals for the Fourth Circuit | N/A | 9/16/2004 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | N/A | 8/19/2010 | Active |
| U.S. Court of Appeals for the Federal Circuit | N/A | 7/27/2004 | Active |
| U.S. District Court for the District of Columbia | 473941 | 11/5/2001 | Active |
| U.S. District Court for the District of Maryland | 16272 | 9/7/2004 | Active |
| District of Columbia | 473941 | 8/6/2001 | Active |
| Maryland | N/A | 12/12/2000 | Active |
|  |  |  |  |

June 20, 2012