

OCT 15 2012

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:12-cr-00127-LMB , Case Name  United States of America v. John Kiriakou
Party Represented by Applicant: Journalist "A"

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Mark Steven Zaid

Bar Identification Number 440532          State DC

Firm Name Mark S. Zaid, PC

Firm Phone # 202-454-2809          Direct Dial # N/A          FAX # 202-330-5610

E-Mail Address Mark@MarkZaid.com

Office Mailing Address 1250 Connecticut Avenue, N.W., Ste. 200, Washington, D.C. 20036

Name(s) of federal court(s) in which I have been admitted 4th Cir., D.C. Cir., 2nd Cir., D.D.C., D.Md., N.D.N.Y., S.D.N.Y., E.D.N.Y.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                    10/10/12
George R.A. Doumar                                            (Date)
                                                              26490
(Typed or Printed Name)                                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

10/15/12
(Date)