OCT 15 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:12-cr-127**, Case Name **US v. John C. Kiriakou**
Party Represented by Applicant: **Julie Tate**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Kevin Baine**
Bar Identification Number **238600**          State **District of Columbia**
Firm Name **Williams & Connolly, LLP**
Firm Phone # **202-434-5000**          Direct Dial # **202-434-5010**          FAX # **202-434-5018**
E-Mail Address **kbaine@wc.com**
Office **Mailing** Address **725 12th Street, N.W., Washington, D.C. 20005**

Name(s) of federal court(s) in which I have been admitted **Please see attached list**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not **X** a full-time employee of the United States of America, and if so request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)

**William Doffermyre**
(Typed or Printed Name)

**Oct. 11, 2012**
(Date)

**73968**
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/

**Leonie M. Brinkema**
**United States District Judge**

**10/15/12**
(Date)

I have been admitted to practice law in the followings courts:

| FEDERAL OR STATE COURT | DATE OF ADMISSION |
|---|---|
| District of Columbia – Bar # 238600 | 01/12/1977 |
| Maryland – Bar # 012696 | 06/04/1985 |
| New York – Bar # 3948122 | 05/07/1975 |
| US Supreme Court | 01/15/1979 |
| USDC – District of Columbia | 02/07/1977 |
| USDC – Maryland | 05/06/1996 |
| USDC – Eastern District of Michigan | 09/16/1998 |
| USDC – Southern District of New York | 06/24/1975 |
| US Court of Appeals – DC Circuit | 03/24/1977 |
| U.S. Court of Appeals – 1st Circuit/Bar # 1152927 | 05/24/2012 |
| US Court of Appeals – 2nd Circuit | 12/24/1975 |
| US Court of Appeals – 3rd Circuit | 05/16/1996 |
| US Court of Appeals – 4th Circuit | 02/12/1987 |
| US Court of Appeals – 5th Circuit | 11/21/1978 |
| US Court of Appeals – 6th Circuit | 04/25/1990 |
| US Court of Appeals – 8th Circuit | 03/15/1990 |
| US Court of Appeals – 9th Circuit | 10/01/1993 |
| US Court of Appeals – 10th Circuit | 11/30/2001 |
| US Court of Appeals – 11th Circuit | 11/27/1990 |