```
Court Name: United States District Court
Division: 1
Receipt Number: 14683031616
Cashier ID: rbroaden
Transaction Date: 10/11/2012
Payer Name: KEVIN BAINE
-------------------------------------
PRO HOC VICE
  For: KEVIN BAINE
  Case/Party: D-VAE-1-13-CR-PROHAC-001
  Amount:        $75.00
-------------------------------------
CHECK
  Remitter: WILLIAMS AND CONNOLLY
  Check/Money Order Num: 290722
  Amt Tendered:  $75.00
-------------------------------------
Total Due:        $75.00
Total Tendered:   $75.00
Change Amt:       $0.00

PRO HAC VICE
112CR127
KEVIN BAINE
```