IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA    )
                            )
    v.                      )    1:12cr127 (LMB)
                            )
JOHN KIRIAKOU,              )
                            )
        Defendant.          )

## ORDER

For good cause found by the Court, it is hereby

ORDERED that the CIPA hearing currently scheduled for 2:00 p.m. on Wednesday, October 17, 2012, and the hearing currently scheduled for 1:00 p.m. on Thursday, October 18, 2012, for oral argument on Non-Party Journalist A's Motion to Quash Defendant's Subpoena [Dkt. No. 94] and the Motion of Julie Tate to Quash Subpoena [Dkt. No. 102] be and are POSTPONED until further Order of the Court.

The Clerk is directed to remove these hearings from the dockets of Wednesday, October 17, 2012, and Thursday, October 18, 2012, and to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 16th day of October, 2012.

Alexandria, Virginia

                                        /s/
                                _____
                                Leonie M. Brinkema
                                United States District Judge