IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12CR127 |
| | ) | (Hon. Leonie M. Brinkema) |
| JOHN C. KIRIAKOU | ) | |
| | ) | **Under Seal and Ex Parte** |
| Defendant. | ) | |

**(U) EXHIBIT C TO SUPPLEMENTAL CIPA SECTION 4 MOTION
PREVIOUSLY FILED ON OCTOBER 16, 2012**

Respectfully submitted,

Neil H. MacBride
United States Attorney
Mark E. Schneider/Iris Lan/Ryan Fayee
Special Attorneys to the Attorney General

W. Neil Hammerstrom
Assistant United States Attorney

By:  _____/s/_____