```
IN THE UNITED STATES DISTRICT COURT FOR THE
          EASTERN DISTRICT OF VIRGINIA
                Alexandria Division

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )
                            )   1:12cr127 (LMB)
                            )
JOHN KIRIAKOU,              )
                            )
          Defendant.        )
```

## ORDER

On October 16, 2012, the government filed a Supplemental CIPA Section 4 Motion [Dkt. No. 108]. The Court has reviewed the government's motion and its attached Exhibits A, B, C,[1] and D. For the reasons stated in the government's motion, as supported by the declaration of the Central Intelligence Agency ("CIA") attached as Exhibit A, it is hereby

ORDERED that the United States may exclude from discovery the information set forth in its motion, including: (1) the information indicated in grayscale in Exhibits B and D, which have already been disclosed to the defense in redacted form; (2) the information attached as Exhibit C; and (3) the information attached as Exhibit 1 to the CIA declaration (Exhibit A).

---

[1] Exhibit C was filed separately. See Dkt. No. 111.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 23rd day of October, 2012.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge