Date: **10/23/12**     Judge: **Brinkema**     Reporter: **A. Thomson**
Time: **10:57am** - **11:26am**     Interpreter: _____
                                    Language: _____
                                    Probation Email: **x**
                                    Jury Email: **x**

# UNITED STATES OF AMERICA
v.

**JOHN KIRIAKOU**                     **1:12CR127**
Defendant's Name                      Case Number

**R.Trout, J.Winograd,**              **M.Schneider, W.Hammerstrom,**
**Counsel for Defendant:**            **R.Fayhee, I. Lan**
                                      **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [**X**] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Rule 35              [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [**X**] in person  [ ] failed to appear  [**X**] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Information   [**X**] Plea Agreement   [**X**] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [**X**] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[**X**] Deft entered Plea of Guilty as to Count(s) **1** of the **Indictment**
[**X**] Plea accepted, **Guilty Count(s) 1**
[**X**] Motion for Dismissal of Count(s) **2,3,4,5** by [**X**] US   [ ] Deft
[**X**] Order entered in open court   [ ] Order to follow
[**X**] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[**X**] Case continued to: **01/25/13** at **9:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [**X**] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

**Bond Set at**: $ _____ [ ] Unsecured [ ] Surety [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [**X**] Deft Continued on Bond

**Deft is:** [ ] In Custody   [ ] Summons Issued   [**X**] On Bond   [ ] Warrant Issued   [ ] 1st appearance