UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

Filed with Classified
Information Security Officer
CISO _____
Date _____

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )    Criminal No. 1:12-cr-00127-LMB |
| | ) |
| JOHN KIRIAKOU, | )    Filed In Camera and Under Seal |
| | )    with the Classified Information |
| Defendant. | )    Security Officer |

### MOTION FOR CLEARANCE FOR DEFENSE EXPERT WITNESS

Pursuant to the protective order entered in this case, defendant John Kiriakou respectfully moves for an Order finding that his proposed expert witness, Morton H. Halperin, has a need-to-know the information contained in the discovery provided by the government and learned during defense counsel's investigation.

The specific grounds for this motion are set forth more fully in the accompanying memorandum.

### MEMORANDUM IN SUPPORT OF DEFENDANT'S
### MOTION FOR CLEARANCE FOR DEFENSE EXPERT WITNESS

This case is proceeding under the auspices of a Protective Order For Classified Information ("Protective Order") entered on April 13, 2012. The Protective Order provides "Any additional person whose assistance the defense reasonably requires may only have access to classified information in this case after first obtaining from this Court, with prior notice to the government, an approval for access to the required level of classification on a need-to-know basis, and after satisfying the other requirements described in this Order for access to classified information." Protective Order at 5.

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

After reviewing the discovery, and through the course of its own investigation, the defense has determined that it needs an expert witness to testify regarding the following matters:

1.) The government was not taking affirmative measures, as required by 50 U.S.C. § 421(a), to protect the identity of Covert Officer A. This lack of affirmative measures can be demonstrated by the methods of cover, or lack thereof, detailed in Covert Officer A's cover file; the people to whom Covert Officer A was openly declared as a CIA operative; unclassified cable traffic that discusses Covert Officer A in true name; and the instances where Covert Officer A operated under his true name.

2.) The way classification decisions are made with respect to "information relating to the national defense;" the fact that much classified information is wrongly classified; the fact that the information the defendant is alleged to have disclosed in violation of the Espionage Act should not have been classified at the time of disclosure; and that such disclosure could not reasonably be expected to cause injury to the United States or be used to the advantage of a foreign nation.

Much of the information necessary to be competent to testify regarding these issues is contained in the classified discovery provided in this case. "An expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed." Fed. R. Evid. 703. The defense expert must have access to the same classified information as defense counsel.

The defense has located an expert who will testify to these matters: Morton H. Halperin. Mr. Halperin already possesses a top secret security clearance held by the Department of Homeland Security and has been granted access to Sensitive Compartmented Information ("SCI") in the past. (Mr. Halperin informs the defense that his TS//SCI clearance, and the accompanying

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

background investigation, is current.) Should the Court find that Mr. Halperin has a need-to-know the information, the defense will **provide the Court, the government, and** the Classification Information Security Officer with Mr. **Halperin's** contact information so the process of having him authorized to view the relevant SCI can begin.

WHEREFORE, **the defendant respectfully requests that the Court enter an Order** finding that the defendant's proposed expert **witness has a need-to-know** the classified information underlying this case so **the process of giving the expert access to the necessary** SCI can begin.

3

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

Respectfully submitted,

/s/ Plato Cacheris

Plato Cacheris
(Va. Bar No. 04603)
pcacheris@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319

/s/ John F. Hundley

John Francis Hundley
(Va. Bar No. 36166)
jhundley@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319

/s/ Robert P. Trout

Robert P. Trout
(Va. Bar No. 13642)
rtrout@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319

/s/ Jesse I. Winograd

Jesse I. Winograd
(Va. Bar No. 79778)
jwinograd@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319

/s/ Mark J. MacDougall

Mark J. MacDougall
(Admitted *Pro Hac Vice*)
mmacdougall@akingump.com
Attorney for John Kiriakou
AKIN GUMP STRAUSS
    HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4510
Fax: (202) 887-4288

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

## Certificate of Service

I hereby certify that on this 9th day of October, 2012, I filed the foregoing motion and the accompanying memorandum, by hand, with the Classified Information Security Officer. Pursuant to the Protective Order, the Classified Information Security Officer will deliver the foregoing to the Court and to counsel for the United States:

Lisa L. Owings
Lisa.owings@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Iris Lan
Iris.lan@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Ryan P. Fayhee
ryan.fayhee@usdoj.gov
U.S. Department of Justice
Trial Attorney
Counterespionage Section
600 E Street, N.W.
Washington, D.C. 20004

Mark E. Schneider
Mark.schneider@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

W. Neil Hammerstrom, Jr.
Neil.hammerstrom@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

/s/ Jesse I. Winograd

Jesse I. Winograd
(Va. Bar No. 79778)
jwinograd@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Ave, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319

5

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE