**SENTENCING HEARING**                           Judge Leonie M. Brinkema

Date: __1/25/13__                                Reporter: _A. Thomson_____

Start: __9:17am____    End: __9:49am_____

**UNITED STATES of AMERICA**        CASE NUMBER: __1:12cr127_____

Vs.

_JOHN KIRIAKOU_____

Counsel/Govt.: _M. Sneider, W. Hammerstrom_ Counsel/Deft.: _Robert Trout_____

Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**            Upon Motion of [ ] Deft [ ] Govt
Offense Level: _30___                 Court depart from G/L pursuant to:
Criminal History: _I_                            [ ] USSG 5K1.1
Imprisonment Range: _97_ to _121_ months         [ ] USSG 5C1.2
Supervised Release Range: _1_ to _3_ years       [ ] USSG 5K2.12
Restitution: $_____                   [ ] USSG 5H1.4
Fine Range: $_15,000.00 to $_150,000.00___       [ ] _____
Special Assessment: $__100.00_ per Count

**JUDGMENT of the COURT:**
BOP for _30_ months, with credit for time served
Supervised Release for __3___ Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $_100.00___ [X]Satisfied [ ] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
____ Home Confinement for the first _____ days/months of supervision, at the
      deft's expense, w/leave as directed by Court.
____ Deft. to remain drug free, In/Out patient treatment as directed.
      ___Deft to pay all/partial costs      ____Deft to waive privacy
____ Deft. to participate in _____ counseling as directed.
      ___Deft to pay all/partial costs      ____Deft to waive privacy
____ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
      payments of $_____to begin _____ days from release from custody.
____ Access to all financial information/records
____ No New Credit
____ No Purchases over $_____ without prior approval.
____ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
____ Seek and maintain full time employment    ____Full-time education program
_x_ Drug Testing Waived
____ Other: _____

RECOMMENDATION TO BOP:

_x_ Deft. to be designated to minimum security camp at FCI Loretto.

____ Residential Drug Abuse Treatment Program (RDAP)

____ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

_Court overrules deft objection to guidelines_____