AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| John Kiriakou | ) |
| *Defendant* | ) |

Case No.    1:12-cr-00127-LMB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant John Kiriakou                                                                    .

Date:    04/23/2015

/s/ Karen D. Williams
*Attorney's signature*

Karen D. Williams VSB# 79213
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

*Address*

kdwilliams@akingump.com
*E-mail address*

(202) 887-4183
*Telephone number*

(202) 887-4288
*FAX number*