**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
| ) | |
| **v.**      ) | **Criminal No. 1:12-cr-00127-LMB** |
| ) | |
| **JOHN KIRIAKOU,**      ) | |
| ) | |
| **Defendant.**      ) | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL OUTSIDE THE JUDICIAL DISTRICT

Defendant John C. Kiriakou ("Kiriakou"), through counsel, respectfully moves for relief from supervised release restrictions for the limited purpose of permitting Mr. Kiriakou to travel to Columbus, Ohio to attend undergraduate commencement ceremonies for his son, who is graduating from The Ohio State University, on May 10, 2015.  Specifically, Mr. Kiriakou requests that he be allowed to travel, by automobile, outside this judicial district from May 8-10, 2015.

Mr. Kiriakou was transferred from the Federal Correctional Institution in Loretto, Pennsylvania to home confinement on February 3, 2015.  He has fully complied with the conditions of his release from incarceration.

Mr. Kiriakou begins his term of supervised release on May 1, 2015 and understands that the general policy of the U.S. Probation Office does not allow for travel outside the judicial district during the first 60 days of supervised release.

Counsel for Mr. Kiriakou has conferred with his assigned probation officer, who begins supervision of Mr. Kiriakou on May 1 and has stated that she takes no position on this request. Counsel has also conferred with the U.S. Attorney's Office, which does not oppose this request.

Should the Court approve this request, Mr. Kiriakou will observe any protocol directed by his probation officer regarding this travel, such as providing a travel itinerary prior to his departure and making periodic telephone or electronic reports.

Because this Motion is unopposed, Mr. Kiriakou hereby waives a hearing.  A proposed order is attached as an exhibit to this Motion.

Respectfully submitted,

/s/ Karen D. Williams                                    /s/ Mark J. MacDougall

_____          _____

Karen D. Williams                                      Mark J. MacDougall
(Va. Bar No. 79213)                                   (Admitted *Pro Hac Vice*)
kdwilliams@akingump.com                       mmacdougall@akingump.com
Attorney for John Kiriakou                       Attorney for John Kiriakou
AKIN GUMP STRAUSS                           AKIN GUMP STRAUSS
    HAUER & FELD, LLP                              HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.       1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036                          Washington, D.C. 20036
Phone: (202) 887-4183                            Phone: (202) 887-4510
Fax:  (202) 887-4288                                Fax:  (202) 887-4288

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2015, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William N. Hammerstrom, Jr.
Neil.Hammerstrom@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Ryan P. Fayhee
ryan.fayhee@usdoj.gov
U.S. Department of Justice
Trial Attorney
Counterespionage Section
600 E Street, N.W.
Washington, D.C. 20004

Iris Lan
Iris.lan@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Mark E. Schneider
Mark.schneider@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

/s/ Karen D. Williams
_____

Karen D. Williams
(Va. Bar No. 79213)
kdwilliams@akingump.com
Attorney for John Kiriakou
AKIN GUMP STRAUSS
    HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-4000
Fax:  (202) 887-4288

3