**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )    **Criminal No. 1:12-cr-00127-LMB** |
| | ) |
| **JOHN KIRIAKOU,** | ) |
| | ) |
| **Defendant.** | ) |

**PROPOSED ORDER**

Upon the unopposed motion of the Defendant to travel outside the judicial district,

IT IS HEREBY ORDERED this _____ day of April 2015 that the motion is GRANTED

and Mr. Kiriakou may travel outside the judicial district to Columbus, Ohio from May 8-10,

2015.

_____

Leonie M. Brinkema
United States District Judge