IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,      )
                               )
        v.                     )       Criminal No. 1:12-cr-00127-LMB
                               )
JOHN KIRIAKOU,                 )
                               )
        Defendant.             )

## ORDER

Upon the unopposed motion of the Defendant to travel outside the judicial district,

IT IS HEREBY ORDERED this 27th day of April 2015 that the motion is GRANTED

and Mr. Kiriakou may travel outside the judicial district to Columbus, Ohio from May 8-10,

2015.

/s/

Leonie M. Brinkema
United States District Judge