Prob 35 (Rev. 05/01)
VAE (Rev. 05/17)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.                                                    Crim. No.  1:12CR00127-001

John Kiriakou

On May 1, 2015, the above-named defendant was placed on supervised release for a period of 3 years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

2017.06.26
10:41:14 -04'00'

Elissa F. Martins
U.S. Probation Officer
(703) 299-2309

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___26 th___ day of ___June___, 20_17_ .

/s/
Leonie M. Brinkema
United States District Judge

**TO CLERK'S OFFICE**