*Rec'd 6·20·19*

*1: 12 CR 127 (LMB)*

June 14, 2019

Judge Leonie Brinkema
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Leonie Brinkema,

It appears you like to persecute whistleblowers. Using the Espionage Act, which was intended for use against spies. Whistleblowers do a public service by informing citizens of wrongdoing on the part of their governments, but you put them in jail. Where does that leave you?

John Kiriakou wanted numerous documents unclassified so that he could use them to defend himself. You denied every request. You prevented him from defending himself. What's fair and just about that?

You put John Kiriakou in jail. You put Jeffery Sterling in jail. You have reserved the Julian Assange case and the Edward Snowden cases for yourself. This shows that you are more interested in persecuting whistleblowers than in the administration of justice. People who seek to reform governments by exposing criminality and corruption you persecute. You are more interested in preserving a corrupt system and the criminal government that gives you a career and a paycheck than in equal rights and justice. A hanging judge.

Nowadays the corporations, the banks, the military, and the government are so intertwined that the United States can only be described as a fascist state. The whole system is completely corrupted. And you set yourself the task of persecuting those who attempt to reveal the corruption.

Somewhere, some place, some time, the influence of your actions will return to you. Life Itself is bigger than you, and one day you will reap what you have sown. Today's actions create tomorrow's future. No one is exempt; no one escapes the returning influence of past action. The phrase "as you sow so shall you reap" is not merely behavioral advice couched in poetic language, it is a law of nature.

I cannot sign this letter because I cannot trust my government. You might make an excuse to throw me in jail too. Habeas corpus is gone. The Patriot Act did away with civil rights. The NSA violates the citizen's right to privacy day in and day out. The government has made it clear that it cannot be trusted. Shame on you.

*Citizen*

Allan Rogers
3417 Davis Avenue
Scotberg UT 78009

REJECTED
U.S. MARSHALS

GRAND JUNCTION CO 815

19 JUN 2019 PM 1 T

BLACK HERITAGE
GREGORY HINES
usa forever

Judge Leonie Brinkema
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria VA 22314